UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNN MICHELLE ALLEN, *as Fiduciary of the Estate of WILLIAM TYLER ALLEN, deceased, also known as* L. MICHELLE ALLEN,<br><br>        Plaintiff,<br><br>  -v-<br><br>FIDELITY BROKERAGE SERVICES LLC and INTERACTIVE BROKERS LLC,<br><br>        Defendants. | 23-cv-9369 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    On November 20, 2023, plaintiff Lynn Michelle Allen submitted a letter brief to the Court, requesting that the Court stay an ongoing arbitration that Allen had brought against defendants Fidelity Brokerage Services LLC and Interactive Brokers LLC before Allen filed suit against them in this case. Allen argues that the arbitration panel lacks jurisdiction over some of the claims, which Allen contends are outside the scope of the governing arbitration agreements. The Court declines to order any stay of the arbitration. Allen initiated the very arbitration she now seeks to pause, and there is no reason she cannot make her arguments in that forum about the arbitration panel's jurisdiction. She

1

identifies no other basis for the Court's intervention. Accordingly, Allen's motion by letter brief is denied.

    SO ORDERED.

Dated:   New York, NY
          November 21, 2023

                                        JED S. RAKOFF, U.S.D.J.